## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DENNIS DORLING, Derivatively on Behalf of Nominal Defendant MAXAR TECHNOLOGIES, INC.,<br><br>   Plaintiff,<br><br>v.<br><br>HOWARD L. LANCE, HOWELL M. ESTES III, NICK S. CYPRUS, JOANNE O. ISHAM, C. ROBERT KEHLER, L. ROGER MASON JR., ROBERT L. PHILLIPS, ERIC J. ZAHLER, DANIEL L. JABLONSKY, and ANIL WIRASEKARA<br><br>   Defendants,<br><br>and<br><br>MAXAR TECHNOLOGIES, INC.,<br><br>   Nominal Defendant. | Case No.: 19-cv-02134-LPS |

## STIPULATION AND [PROPOSED] ORDER STAYING THE ACTION

  Plaintiff Dennis Dorling ("Plaintiff"), derivatively and on behalf of Maxar Technologies, Inc. ("Maxar"), and defendants Howard L. Lance, Howell M. Estes, Nick S. Cyprus, Joanne O. Isham, C. Robert Kehler, L. Roger Mason Jr., Robert L. Phillips, Eric J. Zahler, Daniel L. Jablonsky, and Anil Wirasekara and Maxar ("Defendants" and together with the Plaintiff, the "Parties") jointly submit this Stipulation to temporarily stay the Derivative Action ("Stipulation"), and in support thereof state as follows:

  **WHEREAS**, Plaintiff filed the above-captioned action purportedly in the right, and for the benefit, of Maxar against Defendants seeking to remedy Defendants' alleged breach of fiduciary duties, gross mismanagement and violations of the Securities Exchange Act of 1934 that allegedly occurred and caused substantial harm to Maxar (the "Derivative Litigation");

**WHEREAS**, a putative securities class action captioned *Oregon Laborers Employers Pension Trust Fund v. Maxar Technologies, Inc., et al.*, Case No.: 1:19-cv-00124-WJM-SKC (the "Securities Litigation") is pending in the United States District Court for the District of Colorado (the "Federal Court");

**WHEREAS**, there is substantial overlap between the facts and circumstances alleged in the Derivative Litigation and the Securities Litigation, including the possible relevance of many of the same documents and witnesses;

**WHEREAS**, Maxar, Howard L. Lance and Anil Wirasekara, named defendants in the Derivative Litigation, are also named as defendants in the Securities Litigation (the "Federal Securities Class Action Defendants");

**WHEREAS**, on August 7, 2019, an Order was entered appointing Oregon Laborers Employers Pension Trust Fund as Lead Plaintiff (D.I. 41) of the Securities Litigation;

**WHEREAS**, on October 7, 2019, Lead Plaintiff filed an Amended Consolidated Complaint (D.I. 44) in the Securities Litigation;

**WHEREAS**, on December 6, 2019, the Federal Securities Class Action Defendants filed a motion to dismiss for failure to state a claim (D.I. 51);

**WHEREAS**, pursuant to the Private Securities Litigation Reform Act ("PSLRA"), 15 USC § 78u–4(b)(3)(B), "all discovery and other proceedings shall be stayed during the pendency of any motion to dismiss" and, as a result, until the Federal Securities Class Action Defendants' anticipated motion to dismiss is decided, the Securities Litigation will be stayed;

**WHEREAS**, the Parties agree that in order to ensure economy of time and effort for the Court, for counsel, and for the litigants, Plaintiff and Defendants have agreed that, in light of the overlap between the Derivative Litigation and the Securities Litigation, the Derivative Litigation

2

should be voluntarily stayed on the terms set forth below until either (1) the Federal Court issues a decision on the motion to dismiss the Securities Litigation; or (2) either of the Parties to this Stipulation gives written notice to all other parties that they no longer consent to the voluntary stay of the Derivative Litigation.

**IT IS HEREBY STIPULATED AND AGREED**, by the parties hereto, through their undersigned counsel, subject to the approval of the Court, that:

1. Counsel for Defendants have accepted service on behalf of Howard L. Lance, Howell M. Estes, Nick S. Cyprus, Joanne O. Isham, C. Robert Kehler, L. Roger Mason Jr., Robert L. Phillips, Eric J. Zahler, Daniel L. Jablonsky, Anil Wirasekara and Maxar.

2. Glancy Prongay & Murray shall serve as Interim Lead Counsel for Plaintiff in the Derivative Litigation. Defendants take no position on Glancy Prongay & Murray serving as Interim Lead Counsel, and no position on lead plaintiff proceedings should any additional stockholder derivative actions be filed after the filing of this stipulation.

3. The Derivative Litigation is stayed pending further order of this Court, agreement by the Parties, or as otherwise provided herein.

4. The Parties agree that unless otherwise ordered by the Court, the terms of this Order shall apply to stockholder derivative actions later instituted in, or transferred to, this Court that involve similar or related claims, or that are otherwise deemed related to this Derivative Action. The Parties agree that when a stockholder derivative action that relates to this Derivative Action is hereinafter filed in this Court or transferred to this Court, Interim Lead Counsel for Plaintiff shall serve and file an endorsed copy of this Order upon attorneys for plaintiff in the newly-filed or transferred action. The Parties agree that Interim Lead Counsel for Plaintiff shall also advise the attorneys for any plaintiff in any such newly-filed or transferred stockholder

derivative action that those attorneys must serve a copy of this Order on any new defendant(s) and file proof of service of this pre-trial Order with the Court.  The Parties agree that any objections to consolidation or application of the other terms of this Order to the newly-filed stockholder derivative case shall be filed with the Court promptly, with a copy served on Interim Lead Counsel for Plaintiff and counsel for Defendants.  Unless otherwise ordered by the Court, the Parties agree that the terms of all orders, rulings, and decisions shall apply to all later related stockholder derivative actions instituted herein.

5. The Parties agree that during the pendency of this stay, Defendants shall include Plaintiff in any mediation with the plaintiffs in the Securities Litigation and shall include Plaintiff in any mediation with any purported plaintiff in any related or similar stockholder derivative action.

6. The Parties agree that notwithstanding this stay of this Derivative Action, Plaintiff may file an amended complaint and that this Stipulation does not impact any defenses that Defendants may have in this litigation, other than to the adequacy of service as outlined above.

7. In the event that Defendants produce any documents relevant to the allegations in this case pursuant to a stockholder books and records request by any record or beneficial owner of Maxar stock, or in the Securities Litigation or in any stockholder derivative action, copies of such documents shall be provided to Interim Lead Counsel for Plaintiff within ten (10) days, subject to the execution by Plaintiff of an appropriate confidentiality agreement governing the use and disclosure of these materials.

8. This stay of the Derivative Ligation shall lift upon either (1) a decision on the motion to dismiss in the Securities Litigation; or (2) written notice by any Party to this Stipulation that they no longer consent to the voluntary stay.  The Parties will meet and confer

within ten (10) days of the lifting of the stay and submit a proposed schedule within fourteen (14) days after the meet and confer for further proceedings to the Court.

Dated:  February 4, 2020

**RICHARDS, LAYTON & FINGER, P.A.**

__/s/ Raymond J. DiCamillo_____
Raymond J. DiCamillo (#3188)
Kevin M. Gallagher (#5337)
Tyler E. Cragg (#6398)
920 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701
Email:  dicamillo@rlf.com
            gallagher@rlf.com
            cragg@rlf.com

**LATHAM & WATKINS LLP**

Brian T. Glennon
Eric C. Pettis
355 S. Grand Ave., Suite 1000
Los Angeles, California 90071
Telephone: (213) 891-7593
Facsimile:  (213) 891-8763
Email: brian.glennon@lw.com
           eric.pettis@lw.com

Kristin N. Murphy
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626
Telephone: (714) 755-8287
Facsimile:  (714) 755-8290
Email: kristin.murphy@lw.com

*Attorneys for Defendants*

**FARNAN LLP**

*/s/ Michael J. Farnan*
Brian E. Farnan (#4089)
Michael J. Farnan (#5165)
919 N. Market St., 12th Floor
Wilmington, Delaware 19801
Telephone: (302) 777-0300
Facsimile: (302) 777-0301
Email: bfarnan@farnanlaw.com
      mfarnan@famanlaw.com

**GLANCY PRONGAY & MURRAY LLP**

Matthew M. Houston
Benjamin I. Sachs-Michaels
712 Fifth Avenue
New York, New York 10019
Telephone: (212) 935-7400
E-mail: bsachsmichaels@glancylaw.com

-and-

Robert V. Prongay
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Email: rprongay@glancylaw.com

*Attorneys for Plaintiff Dennis Dorling*

SO ORDERED:

_____
Chief Judge Leonard P. Stark

RLF1 22856723v.1