UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DENNIS DORLING, Derivatively on Behalf of Nominal Defendant MAXAR TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> HOWARD L. LANCE, HOWELL M. ESTES III, NICK S. CYPRUS, JOANNE O. ISHAM, C. ROBERT KEHLER, L. ROGER MASON JR., ROBERT L. PHILLIPS, ERIC J. ZAHLER, DANIEL L. JABLONSKY, and ANIL WIRASEKARA <br><br> Defendants, <br><br> and <br><br> MAXAR TECHNOLOGIES, INC., <br><br> Nominal Defendant. | Case No.: 19-cv-02134-LPS |

**STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUED STAY OF THE ACTION**

Plaintiff Dennis Dorling ("Plaintiff"), derivatively and on behalf of Maxar Technologies, Inc. ("Maxar"), and defendants Howard L. Lance, Howell M. Estes, Nick S. Cyprus, Joanne O. Isham, C. Robert Kehler, L. Roger Mason Jr., Robert L. Phillips, Eric J. Zahler, Daniel L. Jablonsky, and Anil Wirasekara and Maxar ("Defendants" and together with the Plaintiff, the "Parties") jointly submit this Stipulation to temporarily stay the Derivative Action ("Stipulation"), and in support thereof state as follows:

**WHEREAS**, Plaintiff filed the above-captioned action purportedly in the right, and for the benefit, of Maxar against Defendants seeking to remedy Defendants' alleged breach of

fiduciary duties, gross mismanagement and violations of the Securities Exchange Act of 1934 that allegedly occurred and caused substantial harm to Maxar (the "Derivative Litigation");

**WHEREAS**, a putative securities class actions captioned *Oregon Laborers Employers Pension Trust Fund v. Maxar Technologies, Inc., et al.*, Case No.: 1:19-cv-00124-WJM-SKC (the "Securities Litigation") is pending in the United States District Court for the District of Colorado (the "Colorado Court");

**WHEREAS**, there is substantial overlap between the facts and circumstances alleged in the Derivative Litigation and the Securities Litigation, including the possible relevance of many of the same documents and witnesses;

**WHEREAS**, Maxar, Howard L. Lance and Anil Wirasekara, named defendants in the Derivative Litigation, are also named as defendants in the Securities Litigation (the "Class Action Defendants");

**WHEREAS**, on August 7, 2019, an Order was entered appointing Oregon Laborers Employers Pension Trust Fund as Lead Plaintiff (D.I. 41) of the Securities Litigation;

**WHEREAS**, on October 7, 2019, Lead Plaintiff filed an Amended Consolidated Complaint (D.I. 44) in the Securities Litigation;

**WHEREAS**, on December 6, 2019, the Class Action Defendants filed a motion to dismiss for failure to state a claim (D.I. 51);

**WHEREAS**, pursuant to the Private Securities Litigation Reform Act ("PSLRA"), 15 USC § 78u–4(b)(3)(B), "all discovery and other proceedings shall be stayed during the pendency of any motion to dismiss" and, as result, until the Class Action Defendants' anticipated motion to dismiss is decided, the Securities Litigation will be stayed;

**WHEREAS**, on February 2, 2020, the Parties voluntarily stayed the Derivative Litigation until either (1) the Colorado Court issues a decision on the motion to dismiss the Securities Litigation; or (2) either of the Parties to this Stipulation gives written notice to all other parties that they no longer consent to the voluntary stay of the Derivative Litigation (D.I. 7);

**WHEREAS**, on September 11, 2020, the Colorado Court issued an order granting in part and denying in part defendants' motion to dismiss the Securities Litigation (D.I. 69);

**WHEREAS**, the Parties agree that in order to ensure economy of time and effort for the Court, for counsel, and for the litigants, Plaintiff and Defendants have agreed that, in light of the overlap between the Derivative Litigation and the Securities Litigation, the Derivative Litigation should be further voluntarily stayed on the terms set forth below until either of the Parties to this Stipulation gives written notice to all other parties that they no longer consent to the voluntary stay of the Derivative Litigation.

**IT IS HEREBY STIPULATED AND AGREED**, by the parties hereto, through their undersigned counsel, subject to the approval of the Court, that:

1. Counsel for Defendants have accepted service on behalf of Howard L. Lance, Howell M. Estes, Nick S. Cyprus, Joanne O. Isham, C. Robert Kehler, L. Roger Mason Jr., Robert L. Phillips, Eric J. Zahler, Daniel L. Jablonsky, Anil Wirasekara and Maxar.

2. The stay of the Derivative Litigation shall continue pending further order of this Court, agreement by the Parties, or as otherwise provided herein.

3. The Parties agree that unless otherwise ordered by the Court, the terms of this Order shall apply to derivative actions later instituted in, or transferred to, this Court that involve similar or related claims, or that are otherwise deemed related to this Derivative Action.

4. The Parties agree that during the pendency of this stay, Defendants shall include Plaintiff in any mediation with the plaintiffs in the Securities Litigation and shall include Plaintiff in any mediation with any purported plaintiff in any related or similar derivative action.

5. The Parties agree that notwithstanding this stay of this Derivative Action, Plaintiff may file an amended complaint and that this Stipulation does not impact any defenses that Defendants may have in this litigation, other than to the adequacy of service as outlined above.

6. In the event that Defendants produce any documents relevant to the allegations in this case pursuant to a stockholder books and records request by any record or beneficial owner of Maxar stock, or in the Securities Litigation or in any stockholder derivative action, copies of such documents shall be provided to Co-Lead Counsel within ten (10) days, subject to the execution by Plaintiffs of an appropriate confidentiality agreement governing the use and disclosure of these materials.

7. In the event that any depositions are scheduled in the Securities Litigation, Defendants shall alert Plaintiffs and the Parties shall meet and confer concerning whether and to what extent Plaintiffs will participate in deposition discovery in the Securities Litigation.

8. This continued stay of the Derivative Ligation shall lift upon written notice by any Party to this Stipulation that they no longer consent to the voluntary stay. The Parties will meet and confer within ten (10) days of the lifting of the stay and submit a proposed schedule within fourteen (14) days after the meet and confer for further proceedings to the Court.

Dated: September 21, 2020

RICHARDS, LAYTON & FINGER, P.A.

By: */s/ Raymond J. DiCamillo*
Raymond J. DiCamillo (#3188)
Kevin M. Gallagher (#5337)

920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: dicamillo@rlf.com
      gallagher @rlf.com

LATHAM & WATKINS LLP

Brian T. Glennon
Eric C. Pettis
355 S. Grand Ave., Suite 1000
Los Angeles, California 90071
Telephone: (213) 891-7593
Facsimile: (213) 891-8763
Email: brian.glennon@lw.com
      eric.pettis@lw.com


Kristin N. Murphy
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626
Telephone: (714) 755-8287
Facsimile: (714) 755-8290
Email: Kristin.murphy@lw.com

*Attorneys for Defendants*

**FARNAN LLP**

By: */s/ Brian E. Farnan*
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market St., 12th Floor
Wilmington, Delaware 19801
Telephone: (302) 777-0300
Facsimile: (302) 777-0301
Email: bfarnan@farnanlaw.com
Email: mfarnan@famanlaw.com

**GLANCY PRONGAY & MURRAY LLP**
Matthew M. Houston
Benjamin I. Sachs-Michaels
712 Fifth Avenue
New York, New York 10019
Telephone: (212) 935-7400
E-mail: bsachsmichaels@glancylaw.com

-and-

Robert V. Prongay
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
E-mail: rprongay@glancylaw.com

*Attorneys for Plaintiff Dennis Dorling*

SO ORDERED:

_____
Judge Leonard P. Stark

6