UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DENNIS DORLING, Derivatively on Behalf of Nominal Defendant MAXAR TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> HOWARD L. LANCE, HOWELL M. ESTES III, NICK S. CYPRUS, JOANNE O. ISHAM, C. ROBERT KEHLER, L. ROGER MASON JR., ROBERT L. PHILLIPS, ERIC J. ZAHLER, DANIEL L. JABLONSKY, and ANIL WIRASEKARA <br><br> Defendants, <br><br> and <br><br> MAXAR TECHNOLOGIES, INC., <br><br> Nominal Defendant. | Case No.: 19-cv-02134-GBW |

## STIPULATION AND [PROPOSED] ORDER OF DISMISSAL

Plaintiffs Dennis Dorling ("Plaintiff") derivatively and on behalf of nominal defendant Maxar Technologies, Inc. ("Maxar" or the "Company"), and defendants Howard L. Lance, Howell M. Estes, Nick S. Cyprus, Joanne O. Isham, C. Robert Kehler, L. Roger Mason Jr., Robert L. Phillips, Eric J. Zahler, Daniel L. Jablonsky, and Anil Wirasekara ("Defendants" and together with the Plaintiff and Maxar, the "Parties") jointly submit this Stipulation ("Stipulation"), and in support thereof state as follows:

**WHEREAS**, on November 14, 2019, Plaintiff filed the above-captioned action purportedly in the right, and for the benefit, of Maxar against Defendants (the "Action");

**WHEREAS**, on or about May 3, 2023, Maxar completed a merger transaction that resulted in Plaintiff no longer being a stockholder of the Company and, accordingly, no longer having standing to pursue derivative claims on the Company's behalf; and

**WHEREAS**, the parties hereby certify that no compensation in any form has passed directly or indirectly to Plaintiff or its attorneys in the Action and no promise to give any such compensation has been made;

**IT IS HEREBY STIPULATED AND AGREED**, by the parties hereto that pursuant to Federal Rules of Civil Procedure 23.1(c) and 41(a), this Action is dismissed.

Dated: May 5, 2023          **FARNAN LLP**

         By: *Brian E. Farnan*
             Brian E. Farnan (Bar No. 4089)
             Michael J. Farnan (Bar No. 5165)
             919 N. Market St., 12th Floor
             Wilmington, Delaware 19801
             Telephone: (302) 777-0300
             Facsimile: (302) 777-0301
             Email: bfarnan@farnanlaw.com
             Email: mfarnan@famanlaw.com

             **GLANCY PRONGAY & MURRAY LLP**
             Matthew M. Houston
             Benjamin I. Sachs-Michaels
             712 Fifth Avenue
             New York, New York 10019
             Telephone: (212) 935-7400
             E-mail: bsachsmichaels@glancylaw.com

             -and-

             Robert V. Prongay
             Pavithra Rajesh
             1925 Century Park East, Suite 2100
             Los Angeles, California 90067
             Telephone: (310) 201-9150
             E-mail: rprongay@glancylaw.com

             *Attorneys for Plaintiff Dennis Dorling*

Dated: May 5, 2023  **RICHARDS, LAYTON & FINGER, P.A.**

By: /s/ *Raymond J. DiCamillo*
Raymond J. DiCamillo (#3188)
Kevin M. Gallagher (#5337)
Tyler E. Cragg (#6398)
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: dicamillo@rlf.com
  gallagher @rlf.com
  cragg@rlf.com

**O'MELVENY & MYERS LLP**
Matthew W. Close
Brittany Rogers
400 S. Hope Street, 18th Floor
Los Angeles, California 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
Email: mclose@omm.com
  brogers@omm.com

*Counsel for Defendants*

SO ORDERED:

_____
Judge Gregory B. Williams